**Opinion issued February 4, 2021**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-21-00009-CV

————————————

## IN RE DOLORES CRUZ AND RACHEL MELO, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On January 6, 2021, relators Dolores Cruz and Rachel Melo filed a petition for writ of mandamus in this Court, asking for relief from the trial court's order that in-person depositions be conducted. *See* TEX. GOV'T CODE ANN. § 22.221; *see also* TEX. R. APP. P. 52.[1]  That same day, this Court granted a stay of all in-person depositions pending adjudication of the petition for writ of mandamus.

---

[1]  The underlying case is *Gloria Hernandez a/n/f of M.R., a Minor v. Wade Nichols Bradford d/b/a Chick-Fil-A of Hwy 6 at West Little York FSU and Chick-Fil-A,*

On January 28, 2021, relators filed a motion to dismiss their petition for writ of mandamus, asserting their depositions had been taken via Zoom, mooting their need for mandamus relief.

We grant relators' motion, lift the stay, and dismiss relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.

---

*Inc.*, cause number 2020-08985, pending in the 333rd District Court of Harris County, Texas, the Honorable Brittanye Morris presiding.